UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN ROMELL BREDFORD,<br><br>          Plaintiff,<br><br>     v.<br><br>CDCR, et al.,<br><br>          Defendants. | No. 1:24-cv-01056-SAB (PC)<br><br>ORDER GRANTING REQUEST FOR EXTENSION OF TIME TO FILE WAIVER OF SERVICE OF PROCESS<br><br>(ECF No. 16) |

Plaintiff is proceeding pro se and in forma pauperis in this action filed pursuant to 42 U.S.C. § 1983.

Currently before the Court is Defendant's motion for an extension of time to file a waiver of service of process, filed November 26, 2024.

Good cause having been presented, it is HEREBY ORDERED that the deadline for Defendant Acosta to file a waiver of service of process is extended to **January 4, 2025**.

IT IS SO ORDERED.

Dated:  **November 27, 2024**

STANLEY A. BOONE
United States Magistrate Judge

1