1
2
3
4
5
6
7                             UNITED STATES DISTRICT COURT

8                             EASTERN DISTRICT OF CALIFORNIA

9

10   JUSTIN ROMELL BREDFORD,                    No.  1:24-cv-01056-SAB (PC)

11                  Plaintiff,                   AMENDMENT TO JANUARY 5, 2025,
                                                 ORDER CHANGING TIME OF
12         v.                                    SETTLEMENT CONFERENCE FROM **8:30
                                                 A.M. TO 9:30 A.M.**
13   CDCR, et al.,

14                  Defendants.

15                                               (ECF No. 22)

16         Plaintiff is proceeding pro se and in forma pauperis in this action filed pursuant to 42

17   U.S.C. § 1983.

18         On January 6, 2025, the Court set this case for settlement conference before Magistrate

19   Judge Barbara A. McAuliffe on March 27, 2025, at 8:30 a.m.  (ECF No. 22.)  It is HEREBY

20   ORDERED that the time of the settlement conference on March 27, 2025, is changed from 8:30

21   a.m. to 9:30 a.m.  All other provisions of the Court's January 6, 2025, remain in effect.

22

23   IT IS SO ORDERED.

24   Dated:   **January 13, 2025**          _____
                                            STANLEY A. BOONE
25                                          United States Magistrate Judge

26

27

28

                                          1