UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN ROMELL BREDFORD,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CDCR, et al.,<br><br>　　　　　Defendants. | No. 1:24-cv-01056-SAB (PC)<br><br>ORDER DISREGARDING PLAINTIFF'S MOTION FOR DISCOVERY AS IMPROPERLY FILED WITH COURT<br><br>(ECF No. 28) |

Plaintiff is proceeding pro se and in forma pauperis in this action filed pursuant to 42 U.S.C. § 1983.

On March 19, 2025, Plaintiff filed a "motion for request of my discovery." (ECF No. 28.)

As stated in the Court's first informational order, "Once the Court allows discovery to begin, the parties may initiate it, as provided in both the Federal Rules of Civil Procedure and Local Rules, without additional approval from the Court. Discovery requests must be served directly on the attorney for the party from whom discovery is sought. Except in the case of a discovery dispute (discussed below), parties are not to file copies of their discovery requests with the Court. Local Rules 250.1, 250.2, 250.3, 250.4. Discovery documents inappropriately submitted to the Court may be stricken." (ECF No. 7 at 4; see also ECF No. 26 at 1.)  Thus,

discovery requests are to be filed only on opposing counsel and should not be filed with the Court unless and until a dispute arises.  Accordingly, Plaintiff's motion for discovery is disregarded as improperly filed with the Court.

IT IS SO ORDERED.

Dated: __**March 20, 2025**__

STANLEY A. BOONE
United States Magistrate Judge

2