UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN ROMELL BREDFORD,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ACOSTA,<br><br>　　　　Defendant. | No.  1:24-cv-01056-SAB (PC)<br><br>ORDER GRANTING DEFENDANT'S MOTION TO MODIFY THE SCHEDULING ORDER<br><br>(ECF No. 33) |

Plaintiff is proceeding pro se and in forma pauperis in this action filed pursuant to 42 U.S.C. § 1983.

Currently before the Court is Defendant's motion to modify the scheduling order, filed November 24, 2025.

Good cause having been presented, it is HEREBY ORDERED that the dispositive motion deadline is extended to **February 2, 2026**. All other provisions of the Court's January 23, 2025 scheduling order remain in effect.

IT IS SO ORDERED.

Dated:   **November 24, 2025**　　　　　　　　　／s／ Stanley A. Boone
　　　　　　　　　　　　　　　　　　　　　　STANLEY A. BOONE
　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

1