# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN ROMELL BREDFORD,<br><br>             Plaintiff,<br><br>      v.<br><br>ACOSTA,<br><br>             Defendant. | No.  1:24-cv-01056-SAB (PC)<br><br>ORDER GRANTING DEFENDANT'S MOTION TO VACATE DISPOSITIVE MOTION DEADLINE PENDING RULING ON MOTION TO DISMISS<br><br>(ECF No. 36) |

Plaintiff is proceeding pro se and in forma pauperis in this action filed pursuant to 42 U.S.C. § 1983.

On January 23, 2026, Defendant filed a motion to vacate the dispositive motion deadline to be reset after a final ruling on the pending motion to dismiss.  (ECF No. 36.)

Good cause having been presented, it is HEREBY ORDERED that the dispositive motion deadline is vacated to be reset after a final ruling on Defendant's pending motion to dismiss.

IT IS SO ORDERED.

Dated:  **January 27, 2026**

                       STANLEY A. BOONE
United States Magistrate Judge

1