# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN ROMELL BEDFORD,<br><br>Plaintiff,<br><br>v.<br><br>ACOSTA,<br><br>Defendant. | Case No. 1:24-cv-1056 KES SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, GRANTING DEFENDANT'S MOTION TO DISMISS, DISMISSING THE ACTION WITH PREJUDICE, AND DIRECTING THE CLERK OF COURT TO CLOSE THIS CASE<br><br>Doc. 39 |

Justin Romell Bedford seeks to hold defendant Acosta liable for excessive force in violation of the Eighth Amendment and retaliation in violation of the First Amendment. *See generally* Doc. 13. After Bedford failed to respond to written requests for discovery, Acosta moved to compel discovery. Doc. 31. The court granted the motion and ordered Bedford to serve responses to Acosta's interrogatories and requests for production of documents. Doc. 32. Acosta now moves for dismissal pursuant to Rule 37 of the Federal Rules of Civil Procedure. Doc. 35. Bedford did not oppose the motion.

The magistrate judge found Bedford "did not respond to the Court's order compelling his responses to the discovery requests," and he had not participated in the matter since March 19, 2025. Doc. 39 at 3. The magistrate judge considered the factors identified by the Ninth Circuit in *Conn. Gen. Life Ins. Co. v. New Images of Beverly Hills*, 482 F.3d 1091, 1096 (9th Cir. 2007), and found they weighed in favor of terminating sanctions under Rule 37(b)(2). *Id.* at 3-7.

1

Therefore, the magistrate judge recommended that the court grant the motion and dismiss with prejudice as a discovery sanction. *Id.* at 7.

The court served the findings and recommendations upon the parties and notified Bedford that any objections were due within 14 days. Doc. 39 at 7. The court also informed Bedford that failure to file objections within the specified time may result in the waiver of certain right on appeal. *Id.* at 8 (citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838–39 (9th Cir. 2014)). Bedford did not file objections, and the deadline to do so expired.

Consistent with 28 U.S.C. § 636(b)(1), the court performed a de novo review of the case. Having carefully reviewed the matter, the court concludes the findings and recommendations are supported by the record and by proper analysis. Thus, the Court **ORDERS**:

1. The findings and recommendations issued on January 29, 2026 (Doc. 39) are **ADOPTED** in full.

2. Defendant's motion to dismiss (Doc. 35) is **GRANTED**.

3. The action is **DISMISSED** with prejudice.

4. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   February 23, 2026

UNITED STATES DISTRICT JUDGE

2